IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIKA CHRISTINA ALFARO,

        Plaintiffs,                      No. CIV S-06-1809 GEB EFB PS

      vs.

U.S. BANK,

        Defendant.                   <u>FINDINGS AND RECOMMENDATIONS</u>

_____/

        On August 17, 2006, Magistrate Judge Gregory H. Hollows issued an order in the above-captioned case, denying plaintiff's request to proceed *in forma pauperis* and dismissing the case with leave to amend.[1] By that same order, plaintiff was ordered to file within thirty days from the date of service of the order both a completed application to proceed *in forma pauperis* and an amended complaint establishing this court's subject matter jurisdiction. The order, which was served on plaintiff on August 17, 2006, cautioned plaintiff that failure to file either a complete *in forma pauperis* application or an amended complaint would result in a recommendation that this action be dismissed.

////

---

[1] This case was subsequently re-assigned to the undersigned on August 29, 2006.

1

1         On August 28 and 29, 2006, plaintiff filed various documents with the court, none
2 of which comply with the August 17, 2006, court order.  The first document, filed August 28,
3 2006, is a "notice" to the court regarding communications with plaintiff's bank.  In this notice,
4 plaintiff represents that her account with the bank is "settled in full."  On August 29, 2006,
5 plaintiff filed with the court a five-page document, which appears to be copies of her bank
6 account statements.  These records are unaccompanied by any motion, brief, or explanation as to
7 why plaintiff filed them with the court.  On September 1, 2006, plaintiff filed a copy of a letter
8 from a collection service regarding money owed by plaintiff to U.S. Bank.  Again, plaintiff
9 offers no explanation as to why she filed this document with the court.

10         None of the documents filed by plaintiff comply with the court order dated
11 August 17, 2006, which required her to submit a complete *in forma pauperis* application and to
12 amend the complaint to establish this court's subject matter jurisdiction.  That order warned
13 plaintiff that such failure would result in a recommendation that this action be dismissed.

14         Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed
15 without leave to amend.

16         These findings and recommendations are submitted to the United States District
17 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within ten days
18 after being served with these findings and recommendations, plaintiff may file written objections
19 with the court.  Such a document should be captioned "Objections to Magistrate Judge's
20 Findings and Recommendations."  Failure to file objections within the specified time may waive
21 the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir.
22 1998); *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

23 DATED:  November 8, 2006.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2