IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIKA CHRISTINA ALFARO,

    Plaintiff,                                      2:06-cv-1809-GEB-EFB-PS

    vs.

U.S. BANK,

    Defendant.                              <u>ORDER</u>

_____/

        On November 8, 2006, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days. No objections were filed.[1]

        Accordingly, the court presumes any findings of fact are correct. <u>See</u> <u>Orland v. United States</u>, 602 F.2d 207, 208 (9th Cir. 1999). The magistrate judge's conclusions of law are reviewed de novo. <u>See</u> <u>Britt v. Simi Valley Unified School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983).

\\\\\

---

[1] On November 27, 2006, plaintiff filed, without any accompanying explanation, a copy of a receipt from a collection agency regarding plaintiff's payment on a debt. This filing contains no indication that plaintiff objects to the magistrate judge's findings and recommendations.

1

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

Accordingly, IT IS ORDERED that:

1. The proposed Findings and Recommendations filed November 8, 2006, are ADOPTED; and,

2. This action is dismissed without leave to amend.

Dated: December 4, 2006

GARLAND E. BURRELL, JR.
United States District Judge

2