IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIKA CHRISTINA ALFARO,

        Plaintiff,                   No. CIV S-06-1809 GEB EFB PS

    vs.

U.S. BANK,

        Defendant.           ORDER

    On January 3, 2007, plaintiff filed a "request for dismissal." This action was closed on December 5, 2006. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

DATED:  January 18, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE